UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRINITY CAMPBELL, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MOD SUPER FAST PIZZA, LLC, a Washington Limited Liability Company, and MOD SUPER FAST PIZZA FRANCHISING, LLC, a Washington Limited Liability Company,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00864-RSL<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND RULE 26(f) CONFERENCE DEADLINE** |

THIS MATTER having come before the above-entitled court on the Parties' Joint Motion to Extend Rule 26(f) Conference Deadline, the Court having considered the records and files herein, and being fully advised, now, therefore:

IT IS HEREBY ORDERED that the Parties' Joint Motion to Extend Rule 26(f) Conference Deadline is GRANTED and the deadline for the Parties to participate in a Rule 26(f) conference is extended until September 13, 2022, or, if defendants file a motion to dismiss, until one (1) week after the Court has ruled on the motion. The other pre-discovery deadlines set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (ECF No. 7) are similarly continued.

Dated this 22nd day of August, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING JOINT MOTION
TO EXTEND RULE 26(f) CONFERENCE DEADLINE
CASE NO. 2:22-CV-00864　　　　　　　- 1

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300