UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
TRINITY CAMPBELL,                              )
                                               )   Case No. C22-864RSL
                        Plaintiff,             )
        v.                                     )
                                               )   ORDER TO SHOW CAUSE
MOD SUPER FAST PIZZA, et al.,                  )
                                               )
                        Defendants.            )
_____)

On August 2, 2022, the Court issued an order requiring the parties to file a Joint Status Report by August 30, 2022. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, September 29, 2022, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of August 2, 2022. The Clerk is directed to place this Order to Show Cause on the Court's calendar for September 30, 2022.

DATED this 12th day of September, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE