UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRINITY CAMPBELL,

                Plaintiff,

      v.

MOD SUPER FAST PIZZA, et al.,

                Defendants.

Case No. C22-864RSL

ORDER TO SHOW CAUSE

On August 2, 2022, the Court issued an order requiring the parties to file a Joint Status Report by August 30, 2022, Dkt. #7.  On August 22, 2022, the Court signed an Order Granting a Joint Motion to Extend the Rule 26(f) Conference deadline until one (1) week after the Court ruled on a motion to dismiss, Dkt. #10.  The Court denied the Motion to Dismiss on October 31, 2022, Dkt. #21.  No such report has been filed and the parties have not sought or obtained a further extension of time in which to make the required submission.  The parties shall, no later than November 30, 2022, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of August 2, 2022.  The Clerk is directed to place this Order to Show Cause on the Court's calendar for December 2, 2022.

ORDER TO SHOW CAUSE

DATED this 8th day of November, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE                          -2-