UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

TRINITY CAMPBELL, an individual,

Plaintiff,

v.

MOD SUPER FAST PIZZA, LLC, *et al*.,

Defendants.

Case No. 2:22-cv-00864-RSL

**STIPULATION AND ORDER TO RE-NOTE DEFENDANTS' MOTION TO COMPEL ARBITRATION**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective undersigned attorneys, as follows:

1. On May 2, 2023, the Court entered an Order Regarding Discovery, denying Defendants' Motion to Stay Discovery but limiting discovery to certain issues related to Defendants' pending motion to compel arbitration. ECF No. 45. The Court directed the Clerk of Court to re-note Defendants' motion to compel arbitration (ECF No. 30) for consideration on July 14, 2023 and gave the parties leave to file supplemental briefs in opposition and reply thereto after conducting limited follow-up discovery related to the creation and discovery of Plaintiff's arbitration agreement. *Id.*

2. Pursuant to Local Civil Rule 7(l), Plaintiff Trinity Campbell ("Plaintiff") and Defendants MOD Super Fast Pizza, LLC and MOD Super Fact Pizza Franchising, LLC ("Defendants") (collectively, the "Parties") hereby stipulate and request that the Court re-note

STIPULATION AND ORDER TO RE-NOTE
DEFENDANTS' MOTION TO COMPEL ARBITRATION
CASE NO. 2:22-CV-00864                - 1

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300

Defendants' pending motion to compel arbitration (ECF No. 30) for consideration to August 18, 2023.

3. The reason for this stipulation is that the Parties wish to explore the possibility of resolving this matter before conducting any additional discovery on the arbitration issue and/or the Court's decision on the motion and have therefore scheduled a mediation to take place on June 15, 2023. Re-noting Defendants' motion to compel arbitration for consideration, will allow the Parties to participate in the June 15 mediation prior to spending any additional time and resources on Defendants' motion to compel arbitration. Mediation may negate the need for the Parties to complete additional discovery and file supplemental briefing on the arbitration motion as well as a ruling by the Court on the motion.

4. The Parties, by this stipulation, request that the Court re-note Defendants' motion to compel arbitration to August 18, 2023.

5. This stipulation and request is made in good faith and not for purposes of undue delay.

IT IS SO STIPULATED and DATED this 6th day of June, 2023.

/s/ Mark K. Davis
(via email authorization)
Mark K. Davis, WSBA #38713
mark@detsparlaw.com
Ryan P. McGowan, WSAB #57670
ryan@detsparlaw.com

Dethlefs Sparwasser Reich Dickerson, PLLC
100 Second Avenue S., Suite 190
Edmonds, WA 98020
Phone:       (425) 776-1352

Attorneys for Plaintiff

/s/ Anne E. Reuben
Anne E. Reuben, WSBA #53299
areuben@littler.com
Kellie A. Tabor, WSBA #46260
ktabor@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Telephone:   206.623.3300
Facsimile:   206.447.6965

Attorneys for Defendants

STIPULATION AND ORDER TO RE-NOTE
DEFENDANTS' MOTION TO COMPEL ARBITRATION
CASE NO. 2:22-CV-00864                                                                 - 2

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant's Motion to Compel Arbitration (ECF No. 30) is re-noted to August 18, 2023.

Dated this 8th day of June, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge