IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRINITY CAMPBELL, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MOD SUPER FAST PIZZA, LLC, A WASHINGTON LIMITED LIABILITY COMPANY, AND MOD SUPER FAST PIZZA FRANCHISING, LLC, A WASHINGTON LIMITED LIABILITY COMPANY,<br><br>　　　　　Defendants. | Case No.: 2:22−cv−00864−RSL<br><br><br>ORDER GRANTING SUBSTITUTION OF COUNSEL AND CHANGE OF FIRM REPRESENTING PLAINTIFF |

This matter, having come before the Court pursuant to LCR 83.2, and upon the stipulation of the parties to the substitution of Plaintiff's counsel and change of firm of Plaintiff's counsel, the Court hereby ORDERS as follows:

1. Pursuant to LCR 83.2, Mark Davis and Ryan McGowan are permitted to appear in this matter by and through Dickerson Davis Ahmed, PLLC.

2. The firm of Dethlefs Sparwasser Reich Dickerson, PLLC is permitted to withdraw from this matter.

ORDER GRANTING SUBSTITUTION OF COUNSEL AND
CHANGE OF FIRM REPRESENTING PLAINTIFF- 1
[Case No. 2:22-CV-00864-RSL]

3. All further pleadings, discovery and correspondence shall be sent to Messrs. Davis and McGowan at the following addresses:

Dickerson Davis Ahmed, PLLC
100 Second Avenue, Suite 190
Edmonds, WA 98020
Ph: 425-776-1352
Fx: 425-776-2467
e-mail: mark@lawdda.com
ryan@lawdda.com

Dated this 13th day of June, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING SUBSTITUTION OF COUNSEL AND
CHANGE OF FIRM REPRESENTING PLAINTIFF- 2
[Case No. 2:22-CV-00864-RSL]