UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

TRINITY CAMPBELL, an individual,

Plaintiff,

v.

MOD SUPER FAST PIZZA, LLC, a Washington Limited Liability Company, and MOD SUPER FAST PIZZA FRANCHISING, LLC, a Washington Limited Liability Company,

Defendants.

Case No. 2:22-cv-00864-RSL

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Trinity Campbell, by and through her attorneys, Dickerson Davis Ahmed, PLLC, and Defendants MOD SUPER FAST PIZZA, LLC, and MOD SUPER FAST PIZZA FRANCHISING, LLC (collectively "Defendants"), by and through their attorneys, LITTLER MENDELSON, P.C., hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action against Defendants in the above-captioned case with prejudice and without costs or attorneys' fees to any party.

//
//
//
//
//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:22-CV-00864    - 1

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

IT IS SO STIPULATED this 1st day of August, 2023.

/s/ *Mark K. Davis*
*(via email authorization)*
Mark K. Davis, WSBA #38713
mark@lawdda.com
Ryan P. McGowan, WSAB #57670
ryan@lawdda.com
Dickerson Davis Ahmed, PLLC
100 Second Avenue South, Suite 190
Edmonds WA 98020
Phone: (425) 776-1352

*Attorneys for Plaintiff*

/s/ *Anne E. Reuben*
Anne E. Reuben, WSBA #53299
areuben@littler.com
Kellie A. Tabor, WSBA #46260
ktabor@littler.com

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Telephone:   206.623.3300
Facsimile:    206.447.6965

*Attorneys for Defendants*

### ORDER

THIS MATTER, having come before the undersigned judge of the above-entitled Court, based on the foregoing Stipulated Motion, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims and causes of action asserted in the above-captioned case against Defendants MOD SUPER FAST PIZZA, LLC, and MOD SUPER FAST PIZZA FRANCHISING, LLC, are dismissed with prejudice, and without costs or attorneys' fees to any party.

Dated this 2nd day of August, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:22-CV-00864                                    - 2

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300